

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00191-CR

CECIL CHARLES GILLIS                                                    APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

### FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY
### TRIAL COURT NO. 1139398W

----------

## MEMORANDUM OPINION[1]

----------

Pro se Appellant Cecil Charles Gillis attempts to appeal from a judgment adjudicating him guilty of engaging in organized criminal activity. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On May 14, 2014, we notified Gillis that the appeal would be dismissed pursuant to the trial court's certification

---

[1]*See* Tex. R. App. P. 47.4.

unless he or any party desiring to continue the appeal filed a response on or before May 27, 2014, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 3, 2014